IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


IN RE: EMPLOYMENT          )
DISCRIMINATION LITIGATION  )   2:07CV376-mht
AGAINST THE STATE OF       )
ALABAMA, et al.,           )
                           )
EUGENE CRUM, JR., et al.,  )
                           )
     Plaintiffs,           )
                           )
     v.                    )   CIVIL ACTION NO.
                           )   2:94cv356-MHT
STATE OF ALABAMA, et al.,  )
                           )
     Defendants.           )

## ORDER

It is ORDERED as follows:

(1) The motion to intervene (Doc. No. 263) is
    granted.

(2) Any related complaint-in-intervention is
    converted to a separate lawsuit.

(3) The clerk of the court is to set up a separate
    lawsuit and file for the complaint-in-
    intervention. Counsel for the intervenor and

the defendants are to let the clerk of the court

know forthwith what filings she needs to include

in this separate lawsuit.

The court believes that any related complaint-in-

intervention should proceed as a separate lawsuit.

DONE, this the 2nd day of May, 2007.


      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE