IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


VIVIAN HANDY,                    )
                                 )
    Plaintiff,                   )
                                 )        CIVIL ACTION NO.
    v.                           )         2:07cv376-MHT
                                 )
STATE OF ALABAMA, et al.,        )
                                 )
    Defendants.                  )

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 5) is granted.

DONE, this the 22nd day of May, 2007.


                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE