IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| VIVIAN HANDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | )   2:07cv 376 -MHT |
| STATE OF ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION FOR EXTENSION

COME NOW the parties and respectfully request the Court extend the deadline for the filing of the Report of the Parties Planning Meeting. As grounds therefore, the parties state and show as follows:

1. The Court has recently granted several motions to intervene and converted the intervention complaints into separate lawsuits, including the instant one.

2. Many of these separate lawsuits have a deadline for the Report of June 1, 2007. However, the deadline for the instant case is May 25, 2007.

3. Counsel have scheduled a meeting for Thursday, May 31, 2007 at 10:00 a.m. to discuss the proposed discovery schedules for all the "spin off" cases.

4. Counsel believe that this meeting and discussion of the discovery needed for all these cases will aid the parties and the Court in streamlining them and moving them forward.

5. No prejudice will attach to any party with the requested extension.

6. Otherwise stated, the parties expect to be better able to provide insight to the Court as to the best way to handle this case and the others during the discovery

phase of this litigation with the seven day extension of time.

  WHEREFORE, premises considered, the parties respectfully request the court extend the deadline for which they have to file the Rule 26 report of the parties planning meeting seven (7) days to June 1, 2007.

            Respectfully Submitted,

            /s/Russell W. Adams
            Russell W. Adams

**OF COUNSEL:**
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone No. (205) 314-0500
Facsimile No: (205) 254-1500

            /s/ Brandy Murphy Lee
            Brandy Murphy Lee (ASB-8735-E67B)

**OF COUNSEL:**
CAMPBELL, WALLER & POER, LLC
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
(205) 803-0051 – telephone
(205) 803-0053 - facsimile
blee@cwp-law.com – email

            /s/ Alice Ann Byrne
            Alice Ann Byrne

State Personnel Department
Third Floor, Suite 316
Folsom Administration Building
64 North Union Street
Montgomery, Alabama 36130
(334) 242-3450

CERTIFICATE OF SERVICE

      I hereby certify that I have on May 24, 2007, electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail as indicated below to the non-CM/ECF participants):

Roderick Twain Cooks
Winston Cooks, LLC
319 17th Street North
Birmingham, AL 35203

Margaret L. Fleming
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

William F. Gardner
Cabaniss Johnston Gardner Dumas O'Neal
P.O. Box 830612
Birmingham, AL 35283-0612

Henry Lewis Gillis
Thomas Means Gillis & Seay PC
P.O. Drawer 5058
Montgomery, AL 36103

Willie Julius Huntley, jr.
The Huntley firm PC
P.O. Box 370
Mobile, AL 36601

Mai Lan Fogal Isler
Christopher W. Weller
Capell Howard PC
P.O. Box 2069
Montgomery, AL 36102-2069

Troy Robin King
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

Frank Decalve Marsh
Assistant General Counsel
State of Alabama
Department of Industrial Relations
649 Monroe Street, Room 211
Montgomery, AL 36131

John J. Park, Jr.
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

Andrew Weldon Reed
Alabama Department of Transportation
Legal Bureau
1409 Coliseum Boulevard
Montgomery, AL 36110

Robert Jackson Russell
Department of Agriculture & Industries
P.O. Box 3336
Montgomery, AL 36107

Patrick Hanlon Sims  
William Kenneth Thomas  
Cabaniss Johnston Gardner Dumas &  
O'Neal  
P.O. Box 2906  
Mobile, AL 36652-2906  

                                                /s/ Brandy Murphy Lee  
                                                    OF COUNSEL