**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **VIVIAN HANDY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | )   2:07cv 376 -MHT |
| **STATE OF ALABAMA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

COMES NOW Charles W. Reed and Jenifer Champ Wallis of the law firm Campbell, Waller & Poer, LLC, and enters their appearances as additional counsels of record for Defendants in the above-styled cause.

Respectfully Submitted,

 /s/  Charles W. Reed, Jr.
Charles W. Reed, Jr. (ASB-4383-D51C)
One of the Attorneys for Defendants
CAMPBELL, WALLER & POER, L.L.C.
2100A SouthBridge Parkway
Suite 450
Birmingham, AL 35209
205- 803-0051 - telephone
205-803-0053 – facsimile
creed@cwp-law.com - email

 /s/  Jenifer Champ Wallis
Jennifer Champ Wallis (ASB-1993-R73W)
One of the Attorneys for Defendants
CAMPBELL, WALLER & POER, L.L.C.
2100A SouthBridge Parkway
Suite 450
Birmingham, AL 35209
205- 803-0051 - telephone
205-803-0053 – facsimile
jwallis@cwp-law.com – email

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on June 5, 2007, electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail as indicated below):

**Russell Wayne Adams**
**Rocco Calamusa, Jr.**
**Robert F. Childs, Jr.**
Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203-3204

**Roderick Twain Cooks**
Winston Cooks, LLC
319 17th Street North
Birmingham, AL 35203

**Margaret L. Fleming**
**Troy Robin King**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130-0152

**Henry Lewis Gillis**
Thomas Means Gillis & Seay PC
PO Drawer 5058
Montgomery, AL 36103-5058

**Willie Julius Huntley, Jr.**
The Huntley Firm PC
PO Box 370
Mobile, AL 36601

**Mai Lan Fogal Isler**
**Christopher W. Weller**
Capell Howard PC
PO Box 2069
Montgomery, AL 36102-2069

**Frank Decalve Marsh**
Assistant General Counsel
State of Alabama
Department of Industrial Relations
649 Monroe Street, Room 211
Montgomery, AL 36131

**Andrew Weldon Redd**
Alabama Department of Transportation
Legal Bureau
1409 Coliseum Boulevard
Montgomery, AL 36110

**Robert Jackson Russell, Sr.**
Department of Agriculture & Industries
P. O. Box 3336
1445 Federal Drive
81 Watson circle
Montgomery, AL 36107

**Alice Ann Byrne**
State Personnel Department
64 North Union Street
Folsom Administrative Building
Suite 316
Montgomery, AL 36130

**William F. Gardner**
**William Kenneth Thomas**
Cabaniss Johnston Gardner Dumas O'Neal
PO Box 830612
Birmingham, AL 35283-0612

**Patrick Hanlon Sims**
Cabaniss Johnston Gardner Dumas & O'Neal
PO Box 2906
Mobile, AL 36652-2906

\s\ Charles W. Reed, Jr.
OF COUNSEL