IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIVIAN HANDY, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | 07 cv 376-MHT |
| ) | |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**JOINT STATEMENT REGARDING REPRESENTATION OF PARTIES**

In response to this Honorable Court's Order of June 25, 2007 [Doc. No. 14], requiring the parties to jointly prepare a statement concerning representation, the following is submitted:

**A.    Defendants remaining in the case:**

1. Department of Rehabilitation Services

2. State Personnel Department

3. State Personnel Board

4. Jackie Graham, Director of State Personnel Department

5. State of Alabama

6. Governor Bob Riley[1]

**B.    Attorneys in the case:**

1. Russell W. Adams

---

[1] The defendants contend that the State and Governor Riley are not proper defendants. Plaintiffs contend Steve Shivers, Commissioner of Alabama Department of Rehabilitation Services, is also a proper defendant.

    2. Rocco Calamusa, Jr.

    3. Stephen K. Simpson

    4. Alice Ann Byrne

**C.     Representation of parties:**

| Plaintiff: | Attorneys |
|---|---|
| Vivian Handy | Russell W. Adams |
|  | Rocco Calamusa, Jr. |

| Defendants: | Attorneys |
|---|---|
| State Personnel Department | Alice Ann Byrne |
| State Personnel Board | Alice Ann Byrne |
| Jackie Graham, Director | Alice Ann Byrne |
| State of Alabama | Alice Ann Byrne |
| Governor Bob Riley | Alice Ann Byrne |
| Department of Rehabilitation Services | Stephen K. Simpson |

The parties agree that the Governor and the State of Alabama shall be dismissed from this action without prejudice, subject to the Plaintiff's right to reinstate the Governor and the State of Alabama as defendants upon notice to the Court and the parties. The Governor and the State would then be reinstated as defendants in this action as if they had never been dismissed such that any application statute of limitations shall be tolled during the dismissal period. The Defendants agree that no objection or defense arising from the dismissal will be raised.

Respectfully submitted, this 7th day of August, 2007.

          /s/ Russell W. Adams
RUSSELL W. ADAMS (ASB 3760-A62R)
Attorney for Plaintiff

Address of Counsel:
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL 35203-3204
(205) 314-0500

          /s/ Alice Ann Byrne
ALICE ANN BYRNE (BYR 015)
Attorney for Defendants
State of Alabama, Governor Fob James,
State Personnel Department, State Personnel
Board, and Jackie Graham, Director

Address of Counsel :
STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street
Folsom Administrative Bldg.
Suite 316
Montgomery, AL 36130
(334) 242-3451

          /s/ Stephen Simpson
STEPHEN K. SIMPSON (SIM 027)
Attorney for Defendant
Department of Rehabilitation Services

Address of Counsel :
DEPARTMENT OF REHABILITATION SERVICES
2129 East South Boulevard
Montgomery, AL 36116
(334) 613-3453