IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| VIVIAN HANDY,                       ) | |
|     Plaintiff,               ) | |
|                                    ) | CIVIL ACTION NO. |
|   v.                              ) | 2:07cv376-MHT |
|                                    ) | |
| STATE OF ALABAMA, et al.,   ) | |
|                                    ) | |
|     Defendants.             ) | |

### ORDER

Upon consideration of the corrected joint statement regarding representation of parties (doc. no. 20), it is ORDERED as follows:

(1) All defendants, except those listed in the joint statement, are dismissed.

(2) All attorneys, except those listed in the joint statement, are discharged.

(3) The parties and attorneys are as set forth in Part C of the joint statement.

DONE, this the 8th day of August, 2007.

                                                          /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE