**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **VIVIAN HANDY,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | **07 cv 376-MHT** |
| | ) | |
| **STATE OF ALABAMA,** *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

_____

**AMENDED**
**CONFLICT DISCLOSURE STATEMENT**

Defendants State of Alabama, Governor Bob Riley, State Personnel Department, State Personnel Board, and Jackie Graham, in her official capacity as Director of the State Personnel Department, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1.      Defendant State of Alabama is a governmental entity;

2.      Defendant Governor Bob Riley is an individual;

3.      Defendant State Personnel Department is a governmental entity;

4.      Defendant State Personnel Board is a governmental entity; and

5.      Defendant Jackie Graham is an individual.

Respectfully submitted, this 8th day of August, 2007.

/s/ Alice Ann Byrne
ALICE ANN BYRNE, ESQ. (BYR 015)
Attorney for Defendants
State of Alabama,
Governor Bob Riley,
State Personnel Department,
State Personnel Board, and
Jackie Graham, Director of the State
Personnel Department

STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
Folsom Administrative Building
64 North Union Street ~ Suite 316
Montgomery, AL  36130
(334) 242-3451
(334) 353-4481 fax

### CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2007, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:
Russell W. Adams, Esq.
Rocco Calamusa, Jr., Esq.
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL  35203-3204

For Defendants Department of Rehabilitation Services:
Stephen K. Simpson, Esq.
DEPARTMENT OF REHABILITATION SERVICES
Legal Office
2129 East South Boulevard
Montgomery, AL  36116

/s/  Alice Ann Byrne
Of Counsel