IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **VIVIAN HANDY,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  CASE NO. 07 cv 376-MHT |
| | * |
| **STATE OF ALABAMA,** *et al.*, | * |
| | * |
| Defendants. | * |

## CORPORATE DISCLOSURE STATEMENT

The Defendant Alabama Department of Rehabilitation Services, in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

Defendant Alabama Department of Rehabilitation Services is a governmental entity.

Respectfully submitted, this 9th day of August, 2007.

              Respectfully submitted,

              **s/ Stephen K. Simpson**
              Stephen K. Simpson (SIM027)
              Alabama Department of Rehabilitation Services
              Legal Office
              2129 E. South Blvd.
              Montgomery, AL  36116
              Telephone:  (334) 613-3453
              Fax:  (334) 613-2239
              E-mail:  steve.simpson@rehab.alabama.gov

              **Attorney for Defendant Alabama Department of Rehabilitation Services**

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 7th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Russell W. Adams
Rocco Calamusa, Jr.
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL 35203-3204

Alice Ann Byrne
State Personnel Department Legal Division
Folsom Administrative Building
64 North Union Street, Suite 316
Montgomery, AL 36130

                                  **s/ Stephen K. Simpson**
                                  Stephen K. Simpson (SIM027)
                                  Alabama Department of Rehabilitation Services
                                  Legal Office
                                  2129 E. South Blvd.
                                  Montgomery, AL 36116
                                  Telephone: (334) 613-3453
                                  Fax: (334) 613-2239
                                  E-mail: steve.simpson@rehab.alabama.gov