IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **VIVIAN HANDY,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: 07-CV-376-MHT |
| | * | |
| **ALABAMA DEPARTMENT OF** | * | |
| **REHABILITATION SERVICES, et al.** | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff Vivian Handy, and dismisses her claims in the above-styled cause without prejudice pursuant to FRCP 41(a)(1)(i), as she no longer wishes to pursue this action and the defendants have not yet filed an answer or a motion for summary judgment.

Respectfully submitted,

/s/ Russell W. Adams
Russell W. Adams
Counsel for Plaintiffs

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
(205) 314-0500

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 25th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alice Ann Byrne
State Personnel Department
64 North Union Street
316 Folsom Administrative Bldg.
Montgomery, AL 36130
AliceAnn.Byrne@personnel.alabama.gov

Stephen K. Simpson
Department of Rehabilitation Services
Legal Office
2129 East South Boulevard
Montgomery, AL 36116
ssimpson@rehab.state.al.us

                                      /s/ Russell W. Adams
                                      OF COUNSEL