IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **VIVIAN HANDY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv376-MHT |
| ) | (WO) |
| **STATE OF ALABAMA, et al.,** ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

Pursuant to the notice of voluntary dismissal (Doc. No. 31), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 26th day of September, 2007.

                      /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE